**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 24-2241**

―――――――――

KEVIN DONNELL MURPHY, Owner and CEO of Alkebulan Airlines Corporation,

Plaintiff - Appellant,

v.

JODONNA ALVAREZ; AIR FORCE OFFICE OF SCIENTIFIC RESEARCH, (AFOSR),

Defendants - Appellees.

―――――――――

Appeal from the United States District Court for the District of Maryland, at Baltimore. George L. Russell, III, Chief District Judge.  (1:24-cv-02667-GLR)

―――――――――

Submitted:  March 11, 2025                    Decided:  March 13, 2025

―――――――――

Before NIEMEYER, RICHARDSON, and BENJAMIN, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Kevin Donnell Murphy, Appellant Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin Donnell Murphy appeals the district court's order denying Murphy's motion for reconsideration of the court's prior order dismissing his complaint without prejudice for failure to pay the filing fee or amend his application to proceed informa pauperis. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Murphy v. Alvarez*, No. 1:24-cv-02667-GLR (D. Md. Dec. 18, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*